```
                          United States Bankruptcy Court
                               District of Alaska
In re:                                                     Case No. 10-01104-DMD
Frank L. Dayo                                              Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 097--4         User: maggie           Page 1 of 1           Date Rcvd: May 24, 2011
                             Form ID: 205           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2011.
 db          +Frank L. Dayo,    PO Box 82062,    Fairbanks, AK 99708-2062
 smg         +US Attorney's Office,    222 W. 7th Avenue, Box 9,    Anchorage, AK 99513-7504
710805       +686,   20 Goodyear,    Irvine CA 92618-1813
710806       +Ashbury,    1837 Skyline Dr,    Fullerton, CA 92831-1011
710807       +Bill St.Pierre,    3650 Bradrock St.,    Fairbanks, AK 99701-7617
710808       +Business Financial Services,    3111 N. University Drive, Suite 800,
                Coral Springs, FL 33065-5099
710809       +C3,    2700 W Commodore W Bldg A-1,    Seattle, WA 98199-1246
710810       +Celcius,    7028 Convoy Ct,    San Diego, CA 92111-1017
710811       +Credit One Bank,    PO Box 98773,    Las Vegas, NV 89193-8773
710812       +Electric,    1062 Calle Negocio ste h,    San Clemente, CA 92673-6262
710814       +Holden,    PO box 6358,    Portland OR 97228-6358
710815       +Mervin,    PO Box 981060,    Park City, Ut 84098-1060
710818       +Rome,    c/o Hatmaker & Ass.ociates,    P.O. Box 1323,    Williston, VT 05495-1323
710819       +Sessions,    60 Old El Pueble Road,    Scotts Valley, CA 95066-3540
710820       +Smith Optics,    P.O. Box 4300,    Mail Stop 79,    Portland, OR 97208-4300
710821        StepChild,    #112-11788 River Road,    Richmond, BC   V6X1Z7
710822       +The Burton Corporation,    c/o Robert Sparks,    1552 Noble Street,    Fairbanks, AK 99701-6225
710823       +Union Plus,    PO Box 60102,    City of Industry, CA 91716-0102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 smg           E-mail/Text: bankruptcy@muni.org May 25 2011 00:38:34     Municipality of Anchorage,
                Department of Law,    P O Box 196650,    Anchorage, AK  99519-6650
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
710817         Fairbanks, AK 99701
710816         Nitro,   c/o Robert Sparks,    1552 Noble Street
710804       ##+Airblaster,   1244 SW Wheeler Pl,    Bend OR 97702-2936
710813       ##+Grenade,   PO box 102,    June Lake, CA 93529-0102
                                                                                TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2011**          **Signature:**   *Joseph Speetjens*

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA**
605 West 4th Avenue, Room 138, Anchorage, AK 99501–2296
Phone (907) 271–2655

In re: Frank L. Dayo

Case No. F10–01104 – DMD

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: May 24, 2011

Jan S. Ostrovsky

Clerk of Court